# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **FAHEEM BADY SASSIN,**<br><br>            **PLAINTIFF,**<br><br>**VS.**<br><br>**PACIFIC LIFE INSURANCE COMPANY,**<br><br>            **DEFENDANT.** | Civil Action No. 4:21-cv-804<br><br><br>JURY TRIAL |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff's Notice of Dismissal Without Prejudice of all claims. The Notice of Dismissal Without Prejudice is accepted by the Court.

It is, therefore, **ORDERED** that this case is dismissed without prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 12th day of January, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE